

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

APR – 9 2026

Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | |
| | § | **SEALED** |
| v. | § | No. 4:26-CR- 85 |
| | § | Judge ALM / BD |
| KYLE LEE ROY FRANCIS | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (Receipt of Child Pornography)

On or before the 30th day of December, 2025, in the Eastern District of Texas, **Kyle Lee Roy Francis**, defendant, did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.  Specifically, the defendant, **Kyle Lee Roy Francis**, using the Internet, a social networking platform, and electronic devices that he owned and possessed, received the following visual depiction:

| File Identifier | Description |
| --- | --- |
| IMG_2096.mp4 | This 3 minute and 38 second video is a screen recording from FRANCIS's Apple iPhone. This screen recording depicts a post on a social media application with four video attachments. One of the videos depicts two minor males naked on a bed, masturbating each other and kissing. Another video depicts two minor males naked; one of the minor males is performing oral sex on the other minor male. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## Count Two

Violation: 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography)

On or before the 14th day of January, 2026, in the Eastern District of Texas, **Kyle Lee Roy Francis**, defendant, did knowingly possess material, namely, an Apple iPhone 13, bearing IMEI 353763863747370, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.  Included among the images and videos that the defendant, **Kyle Lee Roy Francis**, possessed were the following:

| IMG_1122.mp4 | This 4 minute and 7 second video depicts a prepubescent male being anally penetrated by a male penis. The minor is on his hands and knees on a metal framed bed. The minor's white shorts are around his ankles, and his black shirt is pulled up close to his head. The adult male is standing behind him and penetrating the minor from behind. |
| IMG_6264.mp4 | This 5 minute and 12 second video depicts a partially nude adult male with a partially nude toddler. The adult male has his pants pulled down around his knees and his red shirt pulled up near his neck. The toddler is wearing a yellow shirt and is nude from the waist down. The adult male appears to penetrate the toddler on a bed with white sheet. |

In violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense(s) alleged in this Indictment, the defendant, **Kyle Lee Roy Francis**, shall forfeit to the United States his interest in the following property, including, but not limited to:

1.   Apple iPhone 13 with serial number WR4G9NKWMN and IMEI 353763863747370.

This property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon the property being:

1.   any visual depiction described in section . . . 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

FRANCIS Indictment – Page 3

2.      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; or

3.      any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2253(a)(1), (a)(2), and (a)(3).

A TRUE BILL.

_____
GRAND JURY FOREPERSON

JAY COMBS
UNITED STATES ATTORNEY


_____                    Date: ___4/9/2026___
CALLI BAILEY
Assistant United States Attorney

FRANCIS Indictment – Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA         §
                                       §
v.                                            §         No. 4:26CR
                                       §         Judge
KYLE LEE ROY FRANCIS        §

## NOTICE OF PENALTY

### Count One

Violation:            18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)

Penalty:            Imprisonment for not less than five years and not more than twenty years; but if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than fifteen years and not more than forty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

JVTA Assessment: $ 5,000.00

### Count Two

Violation:            18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)

Penalty:            Imprisonment for not more than 10 years, but, if any image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, such person shall be fined under this title and imprisoned for not more than 20 years, or if such person has a

FRANCIS Notice of Penalty - Page 1

prior conviction under this chapter, chapter 71, chapter 109A, or chapter 117, or under the Uniform Code of Military Justice or the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, such person shall be fined under this title and imprisoned for not less than 10 years nor more than 20 years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

<u>Special Assessment</u>: $ 100.00

<u>JVTA Assessment</u>: $ 5,000.00

**FRANCIS Notice of Penalty - Page 2**